# EXHIBIT E

Case 2:25-cv-00869-JNW    Document 1-6    Filed 05/09/25    Page 1 of 3

 Outlook

## Re: National Energy Emergency

| | |
|---|---|
| From | Caiola, Jeff <Jeff.Caiola@ct.gov> |
| Date | Fri 2/14/2025 8:39 AM |
| To | Kotelly, Kevin R CIV USARMY CENAE (USA) <Kevin.R.Kotelly@usace.army.mil> |

Kevin - Thank you for the information. Look forward to catching up to discuss further. Hope you have a good weekend.

Jeff


Jeffrey Caiola, Assistant Director
Land & Water Resources Division
@ Connecticut Department of Energy and Environmental Protection
79 Elm Street, Hartford, CT 06106-5127

Desk phone (860) 424-4162
Cell phone (860) 488-1002 | ✉ jeff.caiola@ct.gov



*Conserving, improving, and protecting our natural resources and environment;
Ensuring a clean, affordable, reliable, and sustainable energy supply.*

 | portal.ct.gov/DEEP

---

**From:** Kotelly, Kevin R CIV USARMY CENAE (USA) <Kevin.R.Kotelly@usace.army.mil>
**Sent:** Thursday, February 13, 2025 5:01 PM
**To:** Caiola, Jeff <Jeff.Caiola@ct.gov>
**Subject:** National Energy Emergency

> EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Hi Jeff,

This email is to communicate our intent to establish emergency permitting procedures across the New England District, pursuant to the National Energy declaration in Executive Order 14156 (attached).  I will be reaching out next week to discuss the specifics and whether we can utilize our existing General

Permits, or if we need to develop new procedures.  I wanted to get this on your radar sooner than later.  Thanks in advance for your partnership, as we navigate through this process.

Have a great weekend!

Kevin R. Kotelly, P.E.
Chief, CT/RI Section
US Army Corps of Engineers
696 Virginia Road
Concord, Massachusetts 01742-2751
Tel 978-318-8703
Cell 978-578-6406
kevin.r.kotelly@usace.army.mil