The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-CV-00869-JNW |
| Plaintiffs, | DECLARATION OF SERVICE |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |

I, Ruth Wilson, declare that I am a resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and competent to be a witness herein.

On May 12, 2025, I caused to be served the below listed documents in the above-captioned matter:

    1. Complaint (Dkt. 1)
    3. Civil Case Cover Sheet (Dkt. 1-1)
    4. Exhibits A through M (Dkts. 1-2 through 1-14)
    5. Summons (Dkts. 1-15 through 1-20)
    6. Notices of Appearance (Dkts. 2 through 5)

upon the parties listed below by placing true and correct copies thereof in a sealed envelope to be mailed via United States Postal Service, Priority Mail Express, Certified Mail, Return Receipt Requested, addressed to each party listed below. A true and correct copy of each Summons as

DECLARATION OF SERVICE     1     ATTORNEY GENERAL OF WASHINGTON
Ecology Division
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504
(360) 753-6200

issued by the Clerk of Court for each Defendant was included with the above-listed documents as follows:

Including Summons, Dkt 6:

ADVISORY COUNCIL ON HISTORIC PRESERVATION
Office of the General Counsel
401 F Street NW, Suite 308
Washington, D.C. 20001

Including Summons, Dkt. 6-1:

DANIEL DRISCOLL, in his official capacity as Secretary of the Army
United States Army
Office of the General Counsel
104 Army Pentagon
Washington, D.C. 20310-1010

Including Summons, Dkt. 6-2:

LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Army Corps of Engineers
United States Army Corps of Engineers
Office of the Chief Counsel
441 G Street NW
Washington, D.C. 20314-1000

Including Summons, Dkt. 6-3

DONALD TRUMP, in his official capacity as President of the Untied States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

Including Summons, Dkt. 6-4

UNITED STATES ARMY CORPS OF ENGINEERS
Office of the Chief Counsel
441 G Street NW
Washington, D.C. 20314-1000

Including Summons, Dkt. 6-5

TRAVIS VOYLES, in his official capacity as
Vice Chairman of the Advisory Council on Historic Preservation
Environmental Protection Agency, Office of the Administrator 1101A
1200 Pennsylvania Avenue NW

DECLARATION OF SERVICE    2    ATTORNEY GENERAL OF WASHINGTON
Ecology Division
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504
(360) 753-6200

Including Summons, Dkts. 6 through 6-5

Attorney General of the United States of America
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Civil – Process Clerk
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Personal Service via hand delivery of the above-listed documents, including Summons Dkts. 6 through 6-5, was completed to the following address as evidenced by the Declaration of Service filed concurrently with this Declaration:

United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

I declare under penalty of perjury under the law of the State of Washington that the foregoing is true and correct.

Executed in Olympia, Washington this 15th day of May 2025.

s/ Ruth Wilson
Ruth Wilson, Paralegal

DECLARATION OF SERVICE   3   ATTORNEY GENERAL OF WASHINGTON
Ecology Division
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504
(360) 753-6200