The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., | Case No. 2:25-cv-00869-JNW |
| Plaintiffs, | Motion for a Stay of the Case in Light of Lapse of Appropriations |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

The United States of America hereby moves for a stay in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that the Plaintiffs do not oppose a stay with a day-for-day extension of deadlines and with the Department obligated to notify the Court as soon as Congress appropriates funds for the Department.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

Dated: October 28, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

ROBERT N. STANDER
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sanya Shahrasbi*
SANYA SHAHRASBI
JEFFREY HUGHES
PETER DYKEMA
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 305-5810 (Shahrasbi)
(202) 514-8865 (fax)

sanya.shahrasbi@usdoj.gov
jeffrey.hughes@usdoj.gov
peter.dykema@usdoj.gov

*Counsel for Defendants*

I certify that this memorandum contains 278 words, in compliance with the Local Civil Rules.

　　　　　　　　　　　　　　　*/s/ Sanya Shahrasbi*
　　　　　　　　　　　　　　　SANYA SHAHRASBI