The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 2:25-cv-00869-JNW <br> Order for Motion for a Stay of the Case in Light of Lapse of Appropriations |

Before this Court is Defendants' Motion for a Stay of the Case in Light of Lapse of Appropriations, filed on October 28, 2025. Having considered the motion, the Court **GRANTS** the Motion for a Stay of the Case in Light of Lapse of Appropriations.

SO ORDERED on this 10th day of November, 2025.

_____
Hon. Jamal N. Whitehead
United States District Court Judge