The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Case No. 2:25-cv-00869-JNW <br><br> Notice of Continued Appropriations |

Defendants hereby notify the Court that on November 12, 2025, President Trump signed legislation restoring funding to the Department of Justice thereby ending the 43-day-lapse in appropriations. *See* Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, H.R. 5371, 119th Congress (2025). As a result, Department of Justice attorneys are now permitted to resume their usual civil litigation functions.

Respectfully submitted,

Dated: November 13, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

ROBERT N. STANDER
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sanya Shahrasbi*
SANYA SHAHRASBI
JEFFREY HUGHES
PETER DYKEMA
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 305-5810 (Shahrasbi)
(202) 514-8865 (fax)
sanya.shahrasbi@usdoj.gov
jeffrey.hughes@usdoj.gov
peter.dykema@usdoj.gov

*Counsel for Defendants*