1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00869 |
| Plaintiffs, | STIPULATED MOTION REGARDING DEADLINES |
| v. | NOTE ON MOTION CALENDAR: JANUARY 15, 2026 |
| DONALD TRUMP, in his official capacity as President of the United States, et al., | Courtroom: 16A Judge: Hon. Jamal Whitehead |
| Defendants. | Trial Date: Not Set Action Filed:  05/09/2025 |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, Plaintiffs and Defendants, by and through their counsel of record, jointly stipulate and move for an Order setting forth deadlines related to the filing of Plaintiffs' amended complaint, Defendants' anticipated motion to dismiss, and the Administrative Record.

Plaintiffs filed the complaint on May 9, 2025. Plaintiffs' complaint alleges several Administrative Procedure Act claims and a common law *ultra vires* claim. The parties thereafter stipulated to extend Defendants' deadline to file a responsive pleading to August 15, 2025. On August 5, 2025, the parties met and conferred regarding Defendants' plans to file a motion to dismiss the complaint. At that meeting, counsel for Plaintiffs informed Defendants' counsel that Plaintiffs plan to amend the complaint based on a Notice of Intent to File Lawsuit

1

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504
(360) 753-6200

under the Endangered Species Act, 16 U.S.C. §§ 1531, et seq., which was mailed to Defendants and other federal agencies on July 18, 2025. The parties subsequently stipulated to an extension of Defendants' deadline to file a responsive pleading to November 24, 2025.

On October 20, 2025, due to the federal government shutdown, Defendants informed Plaintiffs their intent to file a motion for stay of the case and to seek a day-for-day extension of deadlines for the parties. On October 28, 2025, Defendants filed with the Court a Motion for a Stay of the Case in Light of the Lapse of Appropriations (Dkt. 48.), which the Court granted on November 10, 2025 (Dkt. 51). On November 13, 2025, Defendants filed with the Court a Notice of Continued Appropriations (Dkt. 52.), informing the Court that, on November 12, 2025, President Trump signed legislation ending the 43-day lapse in appropriations.

Accordingly, in the interest of efficiency and conserving the time and resources of counsel and the Court, the parties respectfully move and request that the court enter the following schedule:

(1)  Plaintiffs shall file an amended and supplemental complaint no later than January 30, 2026;

(2)  Defendants shall file any motion to dismiss Plaintiffs' amended complaint no later than March 2, 2026;

(3)  Plaintiffs shall file any opposition to Defendants' motion to dismiss the amended complaint no later than May 1, 2026;

(4)  Defendants shall file any reply to Plaintiff's opposition to the motion to dismiss the amended complaint no later than June 1, 2026; and

(5)  In the event Plaintiffs' Administrative Procedure Act claims withstand Defendants' motion to dismiss, Defendants shall file their Answer and Administrative Record(s) within 60 days of the Court's ruling on the motion to dismiss. Defendants reserve the right to request additional time to produce the Administrative Record.

STIPULATED MOTION
REGARDING DEADLINES

2

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504
(360) 753-6200

(6)    The Parties further agree to postpone the FRCP 26(f) Conference Deadline, Initial

Disclosure Deadline, and Joint Status Report until 30 days after the Court decides

Defendants' forthcoming motion to dismiss.

The parties preserve all arguments and defenses. No party waives any argument or

defense by entering into and filing this stipulated motion, except as expressly stated above. A

proposed order is appended to this stipulated motion pursuant to LCR 10(g).

DATED this 15th day of January, 2026.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Kelly T. Wood*
*/s/ Janell Middleton*
*/s/ Dylan Stonecipher*
*/s/ Caitlin Soden*
KELLY T. WOOD, WSBA #40067
Senior Counsel
JANELL MIDDLETON, WSBA # 52666
DYLAN STONECIPHER, WSBA # 58245
Assistant Attorneys General
Ecology Division
1125 Washington St. SE
Olympia, Washington 98504
360-586-6770
kelly.wood@atg.wa.gov
janell.middleton@atg.wa.gov
dylan.stonecipher@atg.wa.gov

CAITLIN SODEN, WSBA # 55457
Assistant Attorney General
Environmental Protection Division
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
caitlin.soden@atg.wa.gov

STIPULATED MOTION
REGARDING DEADLINES                          3                    ATTORNEY GENERAL OF WASHINGTON
Ecology Division
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504
(360) 753-6200

1

*s/ Tatiana K. Gaur*

2

*s/ Catherine M. Wieman*

*s/ Keari A. Platt*

3

TATIANA K. GAUR

CATHERINE M. WIEMAN

4

KEARI A. PLATT

Deputy Attorneys General

5

California Office of the Attorney General

300 South Spring Street, Suite 1702

6

Los Angeles, CA 90013

213-269-6329

7

Tatiana.Gaur@doj.ca.gov

8

*Counsel on behalf of all Plaintiffs*

9

10

ADAM R.F. GUSTAFSON

Principal Deputy Assistant Attorney General

11

U.S. Department of Justice

Environment & Natural Resources Division

12

13

ROBERT N. STANDER

Deputy Assistant Attorney General

14

U.S. Department of Justice

Environment & Natural Resources Division

15

16

*/s/ Sanya Shahrasbi*

SANYA SHAHRASBI

17

JEFFREY HUGHES

PETER DYKEMA

18

Trial Attorneys

U.S. Department of Justice

19

Environment & Natural Resources Division

P.O. Box 7611

20

Washington, D.C. 20044

(202) 305-5810 (Shahrasbi)

21

(202) 514-8865 (fax)

sanya.shahrasbi@usdoj.gov

22

jeffrey.hughes@usdoj.gov

peter.dykema@usdoj.gov

23

*Counsel for Defendants*

24

25

26

STIPULATED MOTION
REGARDING DEADLINES                    4                    ATTORNEY GENERAL OF WASHINGTON
Ecology Division
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504
(360) 753-6200

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Pursuant to the Parties' Stipulated Motion, IT IS SO ORDERED.

Dated:    16th day of January, 2026.

Honorable Jamal N. Whitehead
United States District Court Judge

STIPULATED MOTION
REGARDING DEADLINES                     5                     ATTORNEY GENERAL OF WASHINGTON
                                                              Ecology Division
                                                              1125 Washington St. SE
                                                              P.O. Box 40100
                                                              Olympia, WA 98504
                                                              (360) 753-6200