UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No, 2:25-cv-869-JW |

**DECLARATION OF TODD VESPERMAN**

I, Todd Vesperman, hereby declare and state as follows:

1. I am currently employed as Branch Chief-West Branch for the Regulatory Program in the U.S. Army Corps of Engineers ("Corps"), St. Paul District. I have been in this role since October 24, 2021. The St. Paul District Regulatory Division processes applications for permits under Section 404 of the Clean Water Act (CWA) and Section 10 of the Rivers and Harbors Act, among other authorities, for projects within our District's area of responsibility.

2. I was asked to provide information concerning two Regulatory Division matters identified in the Amended Complaint filed in this case. First Amended Complaint, ECF No. 55 at ¶¶ 170–71. Specifically, I was asked to provide information concerning the District's review of a permit application for the Nemadji Trail Energy Center project, ECF No. 55 at ¶ 170, and a preconstruction notification for the Ashland to Ironwood transmission line relocation, ECF 55 at ¶ 171.

3. For the Nemadji Trail Energy Center Project, the District received an application from ALLETE, Inc. for a standard individual permit to authorize discharge of dredged or fill

material in wetlands and placement of structures under and over navigable waters on March 31, 2020, with an updated application being received on August 10, 2023. The District issued a public notice requesting comment on the application on September 14, 2020 and again on August 30, 2023. The District accepted public comments until October 14, 2020 and September 14, 2023, respectively. The State of Wisconsin issued a CWA Section 401 Water Quality Certification for the project on July 15, 2022. The Corps issued emergency authorization for the project on June 3, 2025. The Corps issued a standard individual permit for the project on July 7, 2025.

    4.    For the Ashland to Ironwood transmission line relocation project, the Corps received a pre-construction notification from Xcel Energy on January 17, 2025 requesting authorization under St. Paul District's Utility Regional General Permit (RGP) for project-related discharges of dredged or fill material into waters of the U.S. and structures over navigable waters. The Utility RGP is a general permit that the District issued on August 28, 2024. Prior to issuing the Utility RGP, the District issued a public notice requesting public comment on August 30, 2022 and accepted comments until September 29, 2022. The State of Wisconsin issued a CWA Section 401 Water Quality Certification for the Utility RGP on November 10, 2022. The District issued emergency authorization for the project on June 3, 2025. The District issued a verification that the project meets the terms and conditions of the Utility RGP on February 26, 2026.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of March, 2026

_____
Todd Vesperman
Branch Chief, West Branch
U.S. Army Corps of Engineers
St. Paul District