The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STATE OF WASHINGTON, et al.,

                Plaintiffs,

    v.

DONALD J. TRUMP, et al.,

                Defendants.

CASE NO. 2:25-cv-00869

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF**

Pending before the Court is the unopposed Motion for Leave to File Amici Curiae Brief on Behalf of the States of West Virginia, Alabama, Alaska, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Montana, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Texas, and Wyoming. Having considered the Motion, the Court hereby **GRANTS** the motion and **ORDERS** that the proposed amici brief is deemed filed.

    **IT IS SO ORDERED.**

_____
The Honorable Jamal N. Whitehead

Dated: March 20, 2026

ORDER  GRANTING LEAVE
TO FILE AMICI CURIAE
BRIEF
NO. 2:25-cv-00869

ARD LAW GROUP PLLC
P.O BOX 281
KINGSTON, WA 98346
PHONE: (206) 701-9243

.

Presented by,

ARD LAW GROUP PLLC

_(signature)_

Joel B. Ard, WSBA # 40104
P.O. Box 281
Kingston, WA 98346
Phone: 206.701.9243
Email: Joel@Ard.law

JOHN B. MCCUSKEY
 ATTORNEY GENERAL

/s *Michael R. Williams*
Michael R. Williams*
 *Solicitor General*
Holly J. Wilson*
 *Principal Deputy Solicitor General*
Caleb A. Seckman*
 *Assistant Solicitor General*
 *pro hac vice admission pending*

OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
1900 Kanawha Blvd., East
Building 1, Room E-26
Charleston, WV 25305
Phone: (304) 558-2021

*Counsel for Amicus Curiae*
*State of West Virginia*

ORDER  GRANTING LEAVE
TO FILE AMICI CURIAE
BRIEF
NO. 2:25-cv-00869

ARD LAW GROUP PLLC
P.O BOX 281
KINGSTON, WA 98346
PHONE: (206) 701-9243

2