The Honorable Jamal Whitehead

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF CALIFORNIA, et al., | NO. 2:25-cv-00869 |
| Plaintiffs, | DECLARATION OF KEVIN BARTOY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |

I, Kevin Bartoy, declare under penalty of perjury under the laws of the state of Washington that the following is true and correct.

1.     I am now and at all times mentioned been a citizen of the United States and a resident of the state of Washington, over the age of 18 years, competent to make this declaration, and make this declaration from my own personal knowledge and judgment.

2.     I am the Director of Quality, Health, Safety, and Environment for Washington State Ferries (WSF), a division of the Washington State Department of Transportation (WSDOT). I have been employed by WSDOT since 2009. From 2009–2012, I served as Lead Cultural Resources Specialist for the Alaskan Way Viaduct Replacement Project. From 2012–2016 I served as the Lead Cultural Resources Specialist for WSDOT Northwest Region

DECL. IN SUPPORT OF PLAINTIFFS'
DECLARATION OF KEVIN BARTOY IN
SUPPORT OF PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION TO
DISMISS   NO. 2:25-CV-00869

1

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

and WSF. In 2016, I came to work full time for WSF as an Environmental Program Manager, and since then have been promoted to Chief Sustainability Officer in 2018 and to my current executive role in 2024.

3. As part of my role, I oversee the environmental and permitting team for the Seattle Terminal Electrification Project ("Project"). The Project involves bringing a dedicated electrical feed from a nearby substation via underwater cable to the Seattle Ferry Terminal to service the charging station for our hybrid diesel-electric ferry vessels. Based on these characteristics, WSF determined that the Project would require permitting under Clean Water Act Section 404 from the United States Army Corps of Engineers ("USACE").

4. During the pre-application process, WSDOT engaged with USACE, as is typical in these situations. On January 26, 2026, members of the Multiagency Permitting Program (MAPP) team met with representatives from USACE. During that meeting, Samantha Stanford, Senior Project Manager with USACE, requested a copy of project figures and the draft Joint Aquatic Resources Permitting Application (JARPA) for the Project.

5. Shortly thereafter, on January 29, 2026, Stanford reached out to Marsha Tolon (the Environmental Permitting and Approvals Program Lead for WSF), indicating that she was "working with management to identify if [the Project] is eligible for review under the Energy EO." Attached here as Exhibit A is a true and correct copy of that email, dated January 29, 2026.

6. On February 9, 2026, USACE informed WSF that it had determined that the Project "appears to meet Executive Order (EO) 141565." Attached hereto as Exhibit B is a true and correct copy of the email from USACE, dated February 9, 2026.

7. Given the circumstances, WSF and USACE agreed to meet and discuss the EO, its processing procedures, and how it would apply here. That meeting occurred on February 11, 2026, and was attended by Samantha Sanford and Brad Johnson from USACE.

DECL. IN SUPPORT OF PLAINTIFFS'
DECLARATION OF KEVIN BARTOY IN
SUPPORT OF PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION TO
DISMISS  NO.  2:25-CV-00869

2

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

Marsha Tolon, David Sowers, Anders Hammersborg, Kelly Castell, Tammy Binschus, Jim St. John, Chris Anderson and I attended on behalf of WSF.

8.    During this February 11, 2026, meeting, USACE indicated that it intended to utilize emergency procedures pursuant to Executive Order #141565 to expedite review of the Project. WSF was skeptical that the Project would qualify for emergency procedures under the EO and USACE explained that it was under significant pressure to use the executive order as much as possible. USACE also made clear that, upon determination by the USACE that a project qualifies for expedited review under the EO, the process is implemented automatically. USACE stated that project proponents (like WSF) must affirmatively *opt-out*, otherwise the procedures will be applied.

9.    Following the February 11, 2026 meeting, WSF formally opted out of participating in the EO process. Attached hereto as Exhibit C is a true and correct copy of an email chain between Ecology and USACE with the most recent email being sent and received on February 17, 2026.

DATED this 30th day of April, 2026.

_Kevin Bartoy_
KEVIN BARTOY

DECL. IN SUPPORT OF PLAINTIFFS'
DECLARATION OF KEVIN BARTOY IN
SUPPORT OF PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION TO
DISMISS  NO.  2:25-CV-00869

3

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770