**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON, *et al.,*

      Plaintiffs,

  v.

DONALD TRUMP, in his official capacity
as President of the United States, *et al.,*

      Defendants.

**DECLARATION OF JEFFREY P. CAIOLA**

**ON BEHALF OF THE STATE OF CONNECTICUT**

I, Jeffrey P. Caiola, declare as follows:

1.  I have personal knowledge of the facts stated in this declaration and could testify thereto.

2.  I am currently employed as an Assistant Director in the Land and Water Resources Division of the State of Connecticut's Department of Energy and Environmental Protection ("DEEP"). I have been employed by DEEP since 1998, with over 31 years of experience in the field of water resources. I hold a Bachelor of Science in Civil Engineering from Roger Williams University and a Master of Science in Environmental Engineering from the University of New Haven.

3.  I am responsible for managing the coastal and inland regulatory programs which are administered by the Land and Water Resources Division. I oversee the development and management of regulatory programs designed to protect and improve water quality for the benefit of the residents of Connecticut. My responsibilities include overseeing a comprehensive water

quality management program that develops and implements comprehensive water quality, permitting, and enforcement programs pursuant to state and federal law.

4. One of my responsibilities is to oversee activities related to water quality certifications under section 401 of the Clean Water Act, 33 U.S.C. 1251 *et seq*. ("Water Quality Certifications"). I assist in formulating water resource regulatory program policies, goals and objectives in accordance with the state's Water Quality Standards for both coastal and inland water resources. This requires close coordination with other programs within our agency that make up a comprehensive water management program to address both water quality and quantity.

5. As an Assistant Director, I coordinate with our Region 1 federal partners, including the U.S. Environmental Protection Agency ("EPA"), the Army Corps of Engineers, and the Federal Emergency Management Agency, in building a comprehensive wetland and water quality program. This involves assisting in the development of a general permit for the 404/401 water quality certification for the state of Connecticut, as well as coordinating on the assessment of complex site evaluations and the anticipated effects of proposed activities.

6. I offer this declaration in support of Plaintiffs' Opposition to the Motion to Dismiss the Amended Complaint challenging the Executive Order issued on January 20, 2025, EO 14156, 90 Fed. Reg. 8433 (2025), entitled "Declaring a National Energy Emergency."

7. On February 13, 2025, Kevin R. Kotelly, Chief of the Connecticut and Rhode Island Section of the United States Army Corps of Engineers (Corps) emailed me indicating the Corps' "intent to establish emergency permitting procedures across the New England District, pursuant to the National Energy declaration in Executive Order 14156." The email included the referenced

Executive Order (EO) as an attachment. A true and correct copy of this email, along with the included EO, is attached hereto as Exhibit A.

8. On February 21, 2025, Kevin Kotelly of the Corps followed up on his prior email with another email, this one containing a list of questions for Connecticut related to the Executive Order. Specifically, the Corps stated that it "is working on expedited procedures with a goal to implement [emergency permitting] by Feb. 28th" and that, for those projects identified, "we'll be asking for a response from the state within a limited number of days, example water quality certification." The Corps then inquired as to whether Connecticut had "procedures in place you utilize in an emergency" and asked "[w]hat do you normally do during an emergency? (i.e. flood event)." The email further noted that the Corps would be supplying a project list, which could change over time. A true and correct copy of this email is attached hereto as Exhibit B.

9. On February 21, 2025, I received an email from Daniel Breen, the Chief of the Transportation and Utilities Section for the Regulatory Division of the Corps' New England District. The Corps sent me a spreadsheet "of pending permit applications in Connecticut that USACE has currently identified as meeting the intent of Executive Order 14156 for energy emergency projects." The spreadsheet identified eight projects in Connecticut as being subject to the energy emergency. A true and correct copy of this email, along with the spreadsheet sent by the Corps, is attached hereto as Exhibit C.

10. The need to monitor this matter and have staff available and prepared to respond, potentially within days, in order to preserve Connecticut's role as a certifying authority constitutes an unnecessary burden on the agency.

11.  I declare under penalty of perjury that the foregoing is  true and correct to the best of my knowledge.


So declared this <u>16</u> day of April, 2026.


Jeffrey P. Caiola

_____
Jeffrey P. Caiola