The Honorable Jamal Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF CALIFORNIA, STATE OF ARIZONA, STATE OF CONNECTICUT, STATE OF ILLIONIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, PEOPLE OF THE STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al,<br><br>Defendants. | NO.  2:25-cv-00869<br><br>DECLARATION OF CARRIE NOTEBOOM |

I, Carrie Noteboom, in accordance with 28 U.S.C. § 1746, declare:

1. I am an Assistant Deputy Attorney General in the Colorado Department of Law.

2. I am an attorney of record for the State of Colorado in *Washington v. Trump*, No. 2:25-cv-00869 (W.D. Wash.).

DECLARATION OF CARRIE
NOTEBOOM -- NO.  2:25-CV-00869

1

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

3.  On June 27, 2025, Attorney General Phil Weiser sent a letter to the Acting Utah State Director of the United States Bureau of Land Management ("Bureau"), a subagency of the Department of Interior, regarding the proposal to expand the right of way for the Wildcat Loadout Facility in Utah. A true and accurate copy of the letter is attached as Exhibit A.

4.  On July 3, 2025, the Bureau approved the Wildcat facility and issued an environmental assessment. A true and accurate copy of the Bureau's July 3, 2025, environmental assessment is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of April, 2026.


/s/ *Carrie Noteboom*
Carrie Noteboom

DECLARATION OF CARRIE
NOTEBOOM -- NO. 2:25-CV-00869

2

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770