The Honorable Jamal Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF CALIFORNIA, et al., | NO.  2:25-cv-00869 |
| Plaintiffs, | DECLARATION OF KELLY WOOD IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |

I, KELLY WOOD, declare under penalty of perjury under the laws of the state of Washington that the following is true and correct.

1.     I am now and at all times mentioned a permanent resident of the United States and a resident of the state of Washington, over the age of 18 years, competent to make this declaration, and have personal knowledge of the facts in this declaration.

2.     I am a Senior Counsel with the Washington Attorney General's Office assigned to represent Respondent State of Washington, Department of Ecology in this matter.

3.     I make this declaration in support of Plaintiffs' Response to Defendants' Motion to Dismiss.

DECLARATION OF KELLY WOOD IN
SUPPORT OF PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION TO
DISMISS  NO. 2:25-CV-00869

1

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

4.      The National Conference of State Historic Preservation Officers publishes lists, provided to the National Conference of State Historic Preservation Officers by Defendant Advisory Council on Historic Preservation (ACHP), of undertakings executed by federal agencies pursuant to Executive Order 14156 and utilizing ACHP's emergency procedures. These datasets are publicly available at: https://ncshpo.org/2025/03/27/federal-undertakings-pursuant-to-eo-14156/ (last visited May 4, 2026).

5.      Attached hereto as Exhibit A is a spreadsheet, prepared at my direction, combining all federal undertakings subject to the Advisory Council's emergency procedures, as set out on the webpage cited above and current through March 2026.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Executed this 6th day of May 2026, in Olympia, Washington.

/s/ Kelly Wood
KELLY WOOD

DECLARATION OF KELLY WOOD IN
SUPPORT OF PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION TO
DISMISS  NO.  2:25-CV-00869

2

ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770