The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00869-JNW |
| Plaintiffs, | PRAECIPE |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |

To the Clerk of the above-entitled court.

Please use the attached updated Pro Hac Vice Application for Robert Donald Swanson to reflect the substituted Local Counsel, Caitlin M. Soden, in the above-captioned matter.

DATED: July 24, 2026

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

/s/ *Caitlin M. Soden*
CAITLIN M. SODEN, WSBA # 55457
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
caitlin.soden@atg.wa.gov
*Attorney for the State of Washington*

PRAECIPE                    1